JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
Andrew Lucas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-71  AWI |
|---|---|
| Plaintiff, | **STIPULATION and ORDER TO CONTINUANCE OF STATUS CONFERENCE FOR CHANGE OF PLEA** |
| vs. | |
| ANDREW JAMES LUCAS, | **Date:  April 9, 2012** |
| Defendant | **Time: 10:00 a.m.** |

The Defendant, ANDREW JAMES LUCAS, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its attorney of record, Kevin Rooney, hereby stipulate as follows:

1. The status conference in this matter is currently set for April 9, 2012 at 10:00 a.m.

2. The defense is seeking a continuance of the status conference due to counsel's unavailability on April 9, 2012.  Counsel has several court appearances scheduled on April 9 that he must appear on personally.  The court appearances are all set in Bakersfield, CA.

3. The defense is requesting that Mr. Lucas' status conference be continued to April 30, 2012, at 10:00 a.m.  The defendant will enter a plea on that date pursuant to the plea agreement that has been reached.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: April 3, 2012                    The Law Office of Kyle J. Humphrey

                                        By: /s/ Jared M. Thompson
                                        Jared M. Thompson, Attorney for
                                        Defendant, Andrew Lucas


DATED: April 3, 2012                    United States Attorney's Office

                                        By: /s/ Kevin Rooney
                                        Kevin Rooney
                                        Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED that Mr. Lucas' Status Conference date, currently set on April 9, 2012, at 10:00 a.m., be continued to April 30, 2012, at 10:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:  April 3, 2012                   _____
                                        CHIEF UNITED STATES DISTRICT JUDGE