# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Andrew James Lucas               **Docket Number:**   0972 1:12CR00071

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   7/16/2012

**Original Offense:** 12 U.S.C. § 201(b)(2), Public Official Accepting a Bribe (CLASS C FELONY)

**Original Sentence:** 12 months and 1 day Bureau of Prisons; 24 months TSR; $100 Special Assessment; DNA testing; Mandatory drug testing

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Aftercare Co-payment

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   7/13/2013

**Other Court Actions:**

06/10/2014:   Probation Form 12B, Petition to Modify the Conditions of Supervision, filed to inform the Court the releasee tested positive for opiates and amphetamines on May 22, 2014. The releasee signed a Waiver of Hearing form to participate in the Turning Point Residential Re-Entry Center for up to 90 days. On June 10, 2014, the Honorable Senior United States District Judge Anthony W. Ishii approved the recommended intervention.

08/21/2014:   Probation Form 12C, Petition for Summons, filed to inform the Court the releasee tested positive for controlled substances on July 14 and July 21, 2014, while participating in the Turning Point Residential Re-Entry Center.  Moreover, his relapse with controlled substances resulted in his termination from the residential re-entry center on July 31, 2014. The Court ordered the issuance of a Summons for the releasee

to appear before the Court in reference to the alleged violations.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in the residential treatment program, Westcare, for a period of 90 days; said placement shall commence as directed by the probation officer.

**Justification:** On September 8, 2014, while represented by counsel, the releasee appeared before the Honorable United States Magistrate Judge Stanley A. Boone for a status conference. The releasee admitted all three charges alleged in the Probation Form 12C Petition filed on August 21, 2014. Pending the releasee's sentencing date scheduled for November 3, 2014, the Court advised the parties to submit a Probation Form 12B, Petition to Modify the Conditions of Supervision, to include a special condition for the releasee to enter Westecare residential treatment program.

On September 11, 2014, the releasee reported to the U.S. Probation Office in Bakersfield, California, for a scheduled appointment. The probation officer reviewed the Waiver of Hearing form with the releasee to modify the conditions of his supervised release to include his participation in Westcare for 90 days. The releasee agreed to the proposed modification and signed the form.

It is respectfully recommended the Court modify the conditions of release to include the special condition for the releasee to participate in residential treatment at Westcare pending his sentencing on November 3, 2014. The probation officer will request Westcare to provide a treatment report to the Court to summarize the releasee's progress in treatment. The proposed modification will serve the dual purpose of providing the releasee with substance abuse treatment while pending sentencing and provide for public safety.

Respectfully submitted,
*/s/ Lonnie E. Stockton*

**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**
Telephone: (661) 321-3816

**DATED:** 9/11/2014

Reviewed by,
*/s/ Tim D. Mechem*

**Timothy D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:  September 12, 2014                               _____
                                                                                  SENIOR  DISTRICT  JUDGE